# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NASCA, SR, JOSEPH | § | Case No. 06-02880 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/23/2010 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2010                            By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NASCA, SR, JOSEPH § Case No. 06-02880
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 7,001.47 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 7,001.47 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 1,450.15 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page. 2)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: Clerk, United States Bankruptcy Court | $ 500.00 | $ 0.00 |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,810.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding as assignee of Citibank | $ 3,621.30 | $ 146.56 |
| 000002 | LVNV Funding LLC as assignee of Citibank | $ 6,188.90 | $ 250.48 |
| 000003 | George Vukotich | $ 115,000.00 | $ 4,654.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) (Page: 4)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
                                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 1               Date Rcvd: Mar 22, 2010
Case: 06-02880                Form ID: pdf006             Total Noticed: 19

The following entities were noticed by first class mail on Mar 24, 2010.
db              Joseph Nasca, Sr,   6 N Rohlwing Road,   Itasca, IL   60143
aty            +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
                 Lisle, IL 60532-2135
tr             +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
                 Chicago, IL 60625-5104
10656136       +Bank One,   201 N Walnut St,   Wilmington, DE 19801-2920
10656135       +Bank of America,   1825 E Buckeye Rd,   Phoenix, AZ 85034-4216
10656140        CBUSA Sears,   133200 Smith Rd,   Cleveland, OH   44130
10656137       +Capital 1 Bank,   11013 W Broad St,   Glen Allen, VA 23060-5937
10656138        Capital One,   PO Box 35064,   Glen Allen, VA   23058
10656139        Carson Pirie Scott,   PO Box 10327,   Jackson, MS   39289-0327
10656141       +Citicards,   PO Box 6500,   Sioux Falls, SD 57117-6500
10656142       +Columbus Bank,   PO Box 84024,   Columbus, OH 31908-4024
10656143       +Exxon Mobile,   7840 Roswell Rd,   Atlanta, GA 30350-6877
10656144      ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,   DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit,   National Bankruptcy Svc Ctr,   PO Box 537901,
                 Livonia, MI   48153-7901)
10656145       +George Vukotich,   1408 Bonnie Brae Place,   River Forest, IL 60305-1202
10656146        HBCS/Carso,   PO Box 10327,   Jackson, MS   39289-0327
10656149       +Providian Mastercard,   4940 Johnson Drive,   Pleasanton, CA 94588-3308
10656150        TRS  Recovery Services,   PO Box 17170,   Denver, CO   80217-0170

The following entities were noticed by electronic transmission on Mar 22, 2010.
12033126        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10656148       +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
                 Attention Bankruptcy & Collect,   PO Box  549,   Aurora, IL 60507-0549
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10656147        Michael Cardamone
aty*           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
                 Chicago, IL 60625-5104
                                                                                             TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2010**          **Signature:** _/s/ Joseph Speetjens_